UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Lisa Ann Scott

Case No.: __17-25537__
Chapter: __13__
Judge: __Ferguson__

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Lisa Ann Scott_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __January 10, 2018__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __Clarkson S. Fisher U.S. Courthouse__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Workers Compensation Claims

Pertinent terms of settlement: The matter shall be settled and the debtor awarded $34635 as permanent disability compensation under the Workers Compensation Act, less medical costs and attorneys fees as awarded by the Workers Compensation Court and approved by this Court pursuant to 11 U.S.C. §327

Objections must be served on, and requests for additional information directed to:

Name:  Scott J. Goldstein, Esq.

Address:  280 West Main Street, Denville, NJ 07834

Telephone No.:  973-453-2838

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                                  Case No. 17-25537-MBK
Lisa Ann Scott                                                                          Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-3                  User: admin                     Page 1 of 2                   Date Rcvd: Nov 30, 2017
                                      Form ID: pdf905                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db             Lisa Ann Scott,    20 Karen Ct,    Manchester, NJ 08759-5685
sp            +Sima Milgraum,    70 S. Orange St.,    Livingston, NJ 07039-4910
516976301     #Bank of America,    NC4-102-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516976302      Bk of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517129532      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516976303      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516976304      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
516976309      Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
516976313      Myriad Emergency Physicians, LLC,    1140 Route 72 W,    Manahawkin, NJ 08050-2412
517144633     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516976314     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516976315      Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517153481      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
517177638     +United Security Financial Corp.,    c/o RoundPoint Mortgage Servicing Corp,
                5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2017 23:06:32      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2017 23:06:29      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516976305      E-mail/Text: mrdiscen@discover.com Nov 30 2017 23:06:01      Discover Bank,    PO Box 30954,
                Salt Lake City, UT 84130-0954
516983329      E-mail/Text: mrdiscen@discover.com Nov 30 2017 23:06:01      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516976306      E-mail/Text: mrdiscen@discover.com Nov 30 2017 23:06:01      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
516976307      E-mail/Text: mrdiscen@discover.com Nov 30 2017 23:06:01      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
516976308      E-mail/Text: dplbk@discover.com Nov 30 2017 23:06:54      Discover Personal Loan,
                Attention: Bankruptcy,    PO Box 30954,    Salt Lake City, UT 84130-0954
517029010     +E-mail/Text: dplbk@discover.com Nov 30 2017 23:06:55      Discover Personal Loans,
                PO Box 30954,    Salt Lake City, UT 84130-0954
517199234     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 30 2017 23:06:43       KeyBank N.A.,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
516976310      E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 30 2017 23:06:44       Keybank NA,
                4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
516976311      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 30 2017 23:06:07      Kohls/Capital One,
                Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
516976312     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 30 2017 23:06:07      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                   Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 30, 2017
                              Form ID: pdf905          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    United Security Financial Corp.
               rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Lisa Ann Scott sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 4
```