Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−25537−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Ann Scott
   20 Karen Ct
   Manchester, NJ 08759−5685

Social Security No.:
   xxx−xx−5241

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On November 29, 2017 a NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
If an objection is filed, a hearing will be held before the Honorable Kathryn C Ferguson on January 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, Clarkson S Fisher Courthouse

Corrected to state:
If an objection is filed, a hearing will be held before the Honorable Michael B Kaplan on January 8, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, Clarkson S Fisher Courthouse

The amendment of this notice does not affect deadlines that have been previously set.

Dated: December 4, 2017
JAN: mrg

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
     District of New Jersey
```

In re:                                                             Case No. 17-25537-MBK
Lisa Ann Scott                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                 Page 1 of 2          Date Rcvd: Dec 04, 2017
                               Form ID: 196                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
```
db             Lisa Ann Scott,    20 Karen Ct,    Manchester, NJ  08759-5685
sp            +Sima Milgraum,    70 S. Orange St.,    Livingston, NJ 07039-4910
516976301     #Bank of America,    NC4-102-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
516976302      Bk of Amer,    4909 Savarese Cir,    Tampa, FL  33634-2413
517129532      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516976303      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
516976304      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
516976309      Fed Loan Serv,    PO Box 60610,    Harrisburg, PA  17106-0610
516976313      Myriad Emergency Physicians, LLC,    1140 Route 72 W,    Manahawkin, NJ  08050-2412
517144633     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516976314     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516976315      Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC  28217-1918
517153481      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517177638     +United Security Financial Corp.,    c/o RoundPoint Mortgage Servicing Corp,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 21:42:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 21:42:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516976305      E-mail/Text: mrdiscen@discover.com Dec 04 2017 21:42:51      Discover Bank,    PO Box 30954,
                 Salt Lake City, UT  84130-0954
516983329      E-mail/Text: mrdiscen@discover.com Dec 04 2017 21:42:51      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516976306      E-mail/Text: mrdiscen@discover.com Dec 04 2017 21:42:51      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
516976307      E-mail/Text: mrdiscen@discover.com Dec 04 2017 21:42:51      Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
516976308      E-mail/Text: dplbk@discover.com Dec 04 2017 21:42:56      Discover Personal Loan,
                 Attention: Bankruptcy,    PO Box 30954,    Salt Lake City, UT  84130-0954
517029010     +E-mail/Text: dplbk@discover.com Dec 04 2017 21:42:56      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
517199234     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 04 2017 21:42:54      KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
516976310      E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 04 2017 21:42:55      Keybank NA,
                 4910 Tiedeman Rd,    Brooklyn, OH  44144-2338
516976311      E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2017 21:42:51      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
516976312     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2017 21:42:51      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 04, 2017
                              Form ID: 196             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    United Security Financial Corp.
               rsolarz@kmllawgroup.com
              Scott J. Goldstein     on behalf of Debtor Lisa Ann Scott sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```