UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for United Security Financial Corp.

**Order Filed on August 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Lisa Ann Scott, Robert J. Scott

Debtors.

Case No.: 17-25537 MBK

Adv. No.:

Hearing Date: 7/10/18 @ 9:00 A.M.

Judge: Michael B. Kaplan

# ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 7, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**(Page 2)**
Debtor: Lisa Ann Scott, Robert J. Scott
Case No: 17-25537 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, United Security Financial Corp., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 20 Karen Court, Manchester Township, NJ, 08759, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott J. Goldstein, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 23, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for the July 2018 for a total post-petition default of $1,706.84 (1 @ $2,618.04, less suspense balance of $911.16); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall cure the balance of the arrears by remitting $1,706.84 directly to Secured Creditor to be received no later than September 15, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2018, directly to Secured Creditor, RoundPoint Mortgage, PO Box 19409, Charlotte, NC 28219-9409 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-25537-MBK
Lisa Ann Scott                                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 07, 2018
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db          Lisa Ann Scott,   20 Karen Ct,   Manchester, NJ   08759-5685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
            Albert   Russo   docs@russotrustee.com
            Denise E. Carlon   on behalf of Creditor   United Security Financial Corp.
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Rebecca Ann Solarz   on behalf of Creditor   United Security Financial Corp.
             rsolarz@kmllawgroup.com
            Scott J. Goldstein   on behalf of Debtor Lisa Ann Scott sjg@sgoldsteinlaw.com,
             cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                  TOTAL: 5