UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on May 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Lisa Ann Scott

Debtor(s)

Case No.: 17-25537 / MBK

Hearing Date: 05/12/2021

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $17,100.00 paid to date

- Debtor(s) shall remit $643.00 per month to the Trustee for 14 months beginning 06/01/2021

- Debtor to sign up for Ewage within 10 days of this order.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 17-25537-MBK
Lisa Ann Scott | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 14, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lisa Ann Scott, 20 Karen Ct, Manchester, NJ 08759-5685 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor United Security Financial Corp. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
     on behalf of Creditor United Security Financial Corp. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

R. A. Lebron
     on behalf of Creditor BSI Financial Services as servicer for Government National Mortgage Association bankruptcy@fskslaw.com

R. A. Lebron
     on behalf of Creditor BSI FINANCIAL SERVICES AS SERVICER FOR UNITED SECURITY FINANCIAL CORP bankruptcy@fskslaw.com

Rebecca Ann Solarz
     on behalf of Creditor United Security Financial Corp. rsolarz@kmllawgroup.com

Scott J. Goldstein
     on behalf of Debtor Lisa Ann Scott sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8