UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Lisa Scott, Debtor

In Re:

Lisa Scott,

Debtor.

Case No: 17-25537

Chapter: 13

Judge: MBK

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Lisa Scott_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 7/28/2022

Lisa Scott

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*