| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lisa Ann Scott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5241<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25537–MBK | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lisa Ann Scott

<u>9/21/22</u>                                            **By the court:** <u>Michael B. Kaplan</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 17-25537-MBK
Lisa Ann Scott                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                                      Page 1 of 3
Date Rcvd: Sep 21, 2022                  Form ID: 3180W                                                   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Ann Scott, 20 Karen Ct, Manchester, NJ 08759-5685 |
| sp | + | Sima Milgraum, 70 S. Orange St., Livingston, NJ 07039-4910 |
| 519207267 | + | BSI FINANCIAL SERVICES AS, SERVICER FOR UNITED SECURITY, FINANCIAL CORP, CUSTOMER CARE, 314 S FRANKLIN ST, 2ND FLOOR TITUSVILLE, PA 16354-2168 |
| 516976313 | | Myriad Emergency Physicians, LLC, 1140 Route 72 W, Manahawkin, NJ 08050-2412 |
| 517177638 | + | United Security Financial Corp., c/o RoundPoint Mortgage Servicing Corp, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516976301 | | EDI: BANKAMER.COM | Sep 22 2022 00:18:00 | Bank of America, NC4-102-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516976302 | | EDI: BANKAMER.COM | Sep 22 2022 00:18:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517129532 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:26:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516976305 | | EDI: DISCOVER.COM | Sep 22 2022 00:18:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 516983329 | | EDI: DISCOVER.COM | Sep 22 2022 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516976306 | | EDI: DISCOVER.COM | Sep 22 2022 00:18:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516976307 | | EDI: DISCOVER.COM | Sep 22 2022 00:18:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 516976308 | | EDI: DISCOVERPL | Sep 22 2022 00:18:00 | Discover Personal Loan, Attention: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517029010 | + | EDI: DISCOVERPL | Sep 22 2022 00:18:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 516976309 | | Email/Text: bncnotifications@pheaa.org | Sep 21 2022 20:25:00 | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516976304 | | EDI: JPMORGANCHASE | Sep 22 2022 00:18:00 | Chase Card, Attn: Correspondence Dept, PO Box |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516976303 | | EDI: JPMORGANCHASE | Sep 22 2022 00:18:00 | 15298, Wilmington, DE 19850-5298<br>Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517199234 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 21 2022 20:25:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 516976310 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 21 2022 20:25:00 | Keybank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 516976311 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2022 20:25:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516976312 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2022 20:25:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517144633 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 20:25:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516976314 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 20:25:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 517153481 | | Email/Text: bncnotifications@pheaa.org | Sep 21 2022 20:25:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519207268 | *+ | BSI FINANCIAL SERVICES AS, SERVICER FOR UNITED SECURITY, FINANCIAL CORP, CUSTOMER CARE, 314 S FRANKLIN ST, 2ND FLOOR, TITUSVILLE, PA 16354-2168 |
| 516976315 | ## | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor United Security Financial Corp. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor United Security Financial Corp. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 3180W | Total Noticed: 26 |

R. A. Lebron
    on behalf of Creditor BSI Financial Services  as servicer for Government National Mortgage Association bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor BSI FINANCIAL SERVICES AS SERVICER FOR UNITED SECURITY FINANCIAL CORP bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor United Security Financial Corp. rsolarz@kmllawgroup.com

Scott J. Goldstein
    on behalf of Debtor Lisa Ann Scott sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

Sherri Jennifer Smith
    on behalf of Creditor BSI FINANCIAL SERVICES AS SERVICER FOR UNITED SECURITY FINANCIAL CORP ssmith@pincuslaw.com  brausch@pincuslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9